## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ONE BANK & TRUST NA                                                        PLAINTIFF

v.                                   4:09CV00525-WRW

LARRY McNEILL IRREVOCABLE LIFE                               DEFENDANTS
INSURANCE TRUST, *et al.*

### ORDER

Defendants' Motion for Extension of Time to File Answer to Complaint (Doc. No. 4) was granted in part and denied in part on September 28, 2009.[1] It appears that a copy of the September 28, 2009, Order was not mailed to Defendants.

Under the Trust and applicable law, the Trustee is the proper party to file a motion for extension of time to answer Plaintiff's Complaint.[2] Further, "[a] nonlawyer . . . has no right to represent another entity, i.e., a trust, in a court of the United States."[3] Defendants' Motion is DENIED without prejudice with  respect to the Trust.

The Motion is GRANTED with respect to Mr. Larry McNeill. Mr. McNeill is given an additional 30 days from the date of this Order within which to file any desired answer to Plaintiff's Complaint.

IT IS SO ORDERED this 23rd day of October, 2009.


                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] See Doc. No. 5, Exhibit 1 at 5.2.2; Utah Code Ann. § 75-7-809.

[3] *Knoefler v. United Bank*, 20 F.3d 347, 348 (8th Cir. 1994).