## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 7, 2009**

Mr. Larry McNeill
8430 South Robidoux Road
Sandy, UT 84903

    Re:    *One Bank & Trust NA v. Larry McNeill Irrevocable Life Insurance Trust* --
            4:09-CV---525-WRW

Dear Mr. McNeill:

No response has been filed to Plaintiff's Motion for Summary Judgment. Defendant's response was due on December 4, 2009.

I am prepared to grant that Motion for Summary Judgment, unless you can tell me why I shouldn't.

Please respond to me, copy to opposing counsel and the Clerk, by 12:00 noon, December 14, 2009.

                                              Cordially,

                                              /s/  Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:      Other Counsel of Record