**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 7, 2009**

Mr. E. Craig Smay
E. Craig Smay, P.C.
174 South Temple
Salt Lake City, UT 84111

    Re:   *One Bank & Trust NA v. Larry McNeill Irrevocable Life Insurance Trust* --
            4:09-CV-00525-WRW

Dear Mr. Smay,

Since the second Answer, which was filed on November 16, 2009, was also signed by the Trustee (who is not authorized to file such an Answer), no effective answer has been filed.


                                              Cordially,

                                              /s/  Wm. R. Wilson, Jr.


Original to the Clerk of the Court
cc:      Other Counsel of Record