**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ONE BANK & TRUST NA**                                                     **PLAINTIFF**

**v.**                         **4:09CV00525-WRW**

**LARRY McNEILL IRREVOCABLE LIFE**                   **DEFENDANTS**
**INSURANCE TRUST,** *et al.*

**ORDER**

Pending is Plaintiff's Motion for Default Judgment (Doc. 7). Defendant Larry McNeill Irrevocable Trust has responded.[1]

"Dismissal and entry of a default judgment should be the rare judicial act."[2]

Because both Larry McNeill[3] and the Larry McNeill Irrevocable Insurance Trust[4] have now answered Plaintiff's Complaint, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 15th day of December, 2009.

                                                               /s/Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 16.

[2] *Edgar v. Slaughter*, 548 F.2d 770, 773 (8th Cir. 1977).

[3] Doc. No. 12.

[4] Doc. No. 25.